**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**(Broward County Circuit Court Case No. CACE-26-008429)**

MIA D. JONES, on behalf of herself and all others similarly situated,

Case No.: 0:26-cv-61806-AHS

Plaintiff,

v.

LENNAR HOMES, LLC; ALL PHASE ROOFING, INC.; OSCAR AI CONDITIONING, INC.; ABC DRYWALL CORPORATION, and BUILDER SERVICES GROUP, INC. d/b/a GALE INSULATION;

Defendants.

_______________________________________/

**NOTICE OF APPEARANCE AND DESIGNATION OF EMAIL ADDRESSES**

MICHEAL E. MILNE and KIMVERLY T. VAN DER RIET the law firm of MILNE LAW GROUP, P.A., hereby files their Notice of Appearance as Counsel on behalf of Defendant, ABC DRYWALL CORPORATION ("ABC"), pursuant to S.D. Fla. Local Rule 11.1(d), and hereby designate the following addresses for service by email:

Michael E. Milne:

Primary: MEMPod@milnelawgroup.com
Secondary: eservice@milnelawgroup.com

Kimberly T. Van Der Riet:

Primary: KTVPod@milnelawgroup.com
Secondary: eservice@milnelawgroup.com

Respectfully submitted,

***/s/ Michael E. Milne***

MICHAEL E. MILNE, ESQ.
Florida Bar No.: 549541
KIMBERLY T. VEN DER RIET, ESQ.
Florida Bar No. 27164
MILNE LAW GROUP, P.A.
301 E. Pine Street, Suite 525
Orlando, Florida 32801
Tel: (321) 558-7700
Email: MEMPod@milnelawgroup.com
KTVPod@milnelawgroup.com
eservice@milnelawgroup.com
*Attorneys for Defendant, ABC Drywall Corporation*

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that on August 25, 2026, a true and correct copy of the foregoing was filed with the Clerk of the Circuit Court using the Florida Courts' e-Filing Portal, which will deliver electronic copies of said filing pursuant to Fla. R. Jud. Admin. 2.516 to the designated email addresses of all counsel of record.

***/s/ Michael E. Milne***
MICHAEL E. MILNE, ESQ.